UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Federal National Mortgage Association** | CIVIL ACTION NO: 2:19-cv-00305-JDL |
| **Plaintiff** | |
| vs. | RE: VACANT REAL PROPERTY<br>6-8 Friend Street, Kennebunk, ME 04043 |
| **Jason Lacz and Ryan Marchildon,** | Mortgage:<br>November 22, 2004<br>Book 14306, Page 94 |
| **Defendants, and** | |
| The Bank of New York Mellon FKA The Bank of New York as Successor Indenture Trustee to JPMorgan Chase Bank, N.A., as indenture Trustee for the CWABS Revolving Home Equity Loan Trust, Series 2004-R<br>FIA Card Services, NA n/k/a Bank of America, N.A.<br>Citibank (South Dakota) NA<br>Unifund CCR Partners<br>Palisades Collection<br>Midland Funding LLC | |
| **Parties-In-Interest** | |

## JUDGMENT OF FORECLOSURE AND SALE

Address:  6-8 Friend Street, Kennebunk, ME 04043
Mortgage:  November 22, 2004, Book: 14306, Page: 94
Property is vacant

This matter came before the Court pursuant to the Defaults entered on August 29, 2019, October 31, 2019,  January 6, 2020, and September 23, 2020 against each of the named Defendants, Jason Lacz, Ryan Marchildon, and Parties-in-Interest, Citibank (South Dakota) NA, ("Citibank") Unifund CCR Partners, ("Unifund") Palisades Collection, ("Palisades") and Midland Funding LLC, ("Midland"), collectively ("Defaulting Parties"), [ECF 13, 29, 33, and 55], Fed.R.Civ. P.55(b), this Court's Procedural Orders dated July 10, 2020 [ECF 47], and October 23, 2020, [ECF 62] allowing

the Plaintiff to proceed upon documentary evidence, the Consent Judgments to Foreclosure and Sale executed by Jason Lacz and Ryan Marchildon, the Consent to this Judgment of Foreclosure and Sale filed herewith by Parties-in-Interest FIA Card Services, N.A. N/K/A Bank of America, N.A. ("BOA") and Bank of New York Mellon F/K/A The Bank of New York, as Successor Indenture Trustee to JP Morgan Chase Bank, N.A., as Indenture Trustee for the CWABS Revolving Home Equity Loan Trust, Series 2004-R ("BONYM"), and the General Orders in response to the recent outbreak of Coronavirus Disease 2019 (COVID-19) in accordance with the *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine*. (March 2020).

Plaintiff, Federal National Mortgage Association ("Fannie Mae"), was represented by John A. Doonan, Esq. None of the Defaulted Parties appeared or opposed Plaintiff's Motion for Default Judgment of Foreclosure (Count I) and Defendants, Jason Lacz and Ryan Marchildon, and Parties-in-Interest BOA and BONYM consented to the entry of Judgment of Foreclosure and Sale.

All persons interested having been duly notified in accordance with the law, and after consideration of the Affidavits with supporting documentary evidence and Memorandum of Law in Support of Plaintiff's Motion for Default Judgment on Documentary Evidence, the Plaintiff's Motion for Default Judgment of Foreclosure and Sale is **GRANTED**. [Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.]

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay Federal National Mortgage Association ("Fannie Mae") the amount adjudged due and owing as of October 7, 2020 (attorney's fees and deficiency are waived) ($355,891.80) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322,

Fannie Mae shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $211,718.67 |
| Interest | $97,255.12 |
| Escrow Advance | $30,359.73 |
| Corporate Advance | $16,558.28 |
| Grand Total | $355,891.80 |

2. If the Defendants or their heirs or assigns do not pay Fannie Mae the amount adjudged due and owing ($355,891.80) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Kennebunk Property shall terminate, and Fannie Mae shall conduct a public sale of the Kennebunk Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds, first to itself in the amount of $355,891.80 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. Fannie Mae may not seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency in its Motion as well as the terms of the Consent Judgment of Foreclosure and Sale.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal

4. The amount due and owing is $355,891.80 as of October 7, 2020.

5. The priority of interests is as follows:

- Federal National Mortgage Association has first priority, in the amount of $355,891.80, pursuant to the subject Note and Mortgage.

- BONYM is a Party-in-Interest pursuant to a Mortgage in the amount of $28,000.00 dated November 22, 2004, and recorded in the York County Registry of Deeds in Book 14306, Page 112, with a balance due as of January 21, 2020 of $38,099.92, and is in second position behind the Plaintiff's Mortgage and has consented to the entry of Judgment of Foreclosure and Sale.

- BOA is a Party-in-Interest pursuant to a Writ of Execution in the amount of $8,985.24 dated January 6, 2010, and recorded in the York County Registry of Deeds on January 14, 2010 in Book 15797, Page 803, and is in third position behind Plaintiff's Mortgage and has consented to the entry of Judgment of Foreclosure and Sale.

- Citibank has fourth priority but has been defaulted.

- Unifund has fifth priority but has been defaulted.

- Palisades has sixth priority but has been defaulted.

- Midland has seventh priority but has been defaulted.

- Jason Lacz and Ryan Marchildon have eighth priority but have been defaulted.

6. The pre-judgment interest rate is 6.25%, see 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, see 14 M.R.S.A. § 1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Federal National Mortgage Association<br>14221 Dallas Parkway, Suite 1000<br>Dallas, TX 75254 | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |

DEFENDANTS

| | | |
|---|---|---|
| | Jason Lacz<br>197 Beech St Apt 2W<br>Manchester, NH 03103 | Defaulted<br>Pro Se |
| | Ryan Marchildon<br>197 Beech St Apt 2W<br>Manchester, NH 03103 | Defaulted<br>Pro Se |

PARTIES-IN-INTEREST

| | | |
|---|---|---|
| | The Bank of New York Mellon FKA The Bank of New York as Successor Indenture Trustee to JPMorgan Chase Bank, N.A., as Indenture Trustee for the CWABS Receiving Home Equity Loan Trust, Series 2004-R<br>1800 Tapo Canon Road<br>Simi Valley, CA 93063 | James M. Garnet, Esq.<br>Brock & Scott, PLLC<br>1080 Maine Street, Suite 200<br>Pawtucket, RI 02860 |
| | Citibank (South Dakota) NA<br>701 E. 60th Street North<br>Sioux Falls, SD 57104 | Defaulted<br>Pro Se |
| | FIA Card Services, NA<br>n/k/a Bank of America, N.A.<br>1100 North King Street<br>Wilmington, DE 19884 | Edward L. Zelmanow, Esq.<br>Law Offices of Howard Lee Schiff, P.C.<br>1321 Washington Ave<br>Portland, ME 04103 |
| | Unifund CCR Partners<br>10625 Techwoods Circle<br>Cincinnati, OH 45242 | Defaulted<br>Pro Se |
| | Palisades Collection<br>C/O Corporate Service Company<br>45 Memorial Circle<br>Augusta, ME 04330 | Defaulted |
| | Midland Funding LLC<br>C/O Corporate Service Company<br>45 Memorial Circle<br>Augusta, ME 04330 | Defaulted |

a) The docket number of this case is 2:19-cv-00305-JDL.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 6-8 Friend Street, Kennebunk, ME 04043 is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 6-8 Friend Street, Kennebunk, ME 04043. The Mortgage was executed by the Defendants, Jason Lacz and Ryan Marchildon, on November 22, 2004. The book and page number of the Mortgage in the York County Registry of Deeds is Book 14306, Page 94.

e) This Judgment shall not create any personal liability on the part of the Defendants, but shall act solely as an in rem judgment against the property, 6-8 Friend Street, Kennebunk, ME 04043.

**SO ORDERED.**

Dated: December 22, 2020

                                                  /s/ Jon D. Levy
                                           **CHIEF U.S. DISTRICT JUDGE**